UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**PLAKA RESTAURANT, LLC**, et al.,<br><br>Defendants. | 2:22-CV-10620-TGB-KGA<br><br><br>**ORDER ALLOWING SUBSTITUED SERVICE ON DEFENDANT D&L SECURITY SOLUTIONS, LLC** |

Plaintiff has filed a motion for substituted service of summons and declaratory complaint on defendant D&L Security Solutions, LLC. ECF No. 14. Having reviewed the matter, it is **ORDERED** that Plaintiff may make substituted service on defendant D&L Security Solutions, LLC by:

1. Mailing the summons and complaint by registered mail, addressed to the office of the resident agent of D&L Security Solutions, LLC, 15904 La Salle Blvd, Detroit, MI 48238; and

2. Attaching the summons and complaint to the front door of 15904 La Salle Blvd, Detroit, MI 48238.

**SO ORDERED** this 8th day of June, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge