UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PLAKA RESTAURANT, LLC, et al.,<br><br>Defendants. | 22-10620<br><br>**ORDER REGARDING CLERK'S ENTRY OF DEFAULT**<br><br>HONORABLE TERRENCE G. BERG |

A default has been entered in this case pursuant to Plaintiff's request and Plaintiff has not yet sought default judgment. Plaintiff shall file a memorandum setting forth the reasons for not doing so or a motion for default judgment, including an affidavit setting forth the facts showing an entitlement to the specific monetary and/or equitable relief requested **on or before August 8, 2022.** At the time the motion is filed, Plaintiff shall submit a proposed order and judgment for the relief requested via the link located under the "Utilities" section of CM/ECF.

SO ORDERED.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: July 25, 2022