UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.,** | **2:22-CV-10620-TGB-KGA** |
| Plaintiff, | |
| vs. | |
| **PLAKA RESTAURANT, LLC, *et al.*,** | |
| Defendants. | |

## JUDGMENT

In accordance with the Order entered on this date, **GRANTING** Associated Industries Insurance Company, Inc's Motion for a Default Judgment, it is **ORDERED AND ADJUDGED** that judgment is entered in favor of Associated Industries Insurance Company, Inc.

It is further **ORDERED** that, given the coverage provisions and exclusions in the insurance policy at issue in this case, Associated Industries Insurance Company, Inc. has no duty to provide coverage or defense to Plaka Restaurant, LLC for any of the allegations and claims raised in *O'Donnell v. Plaka Restaurant, LLC*, Wayne County Circuit Court, Civil Action No. 21-013910-NO.

This case is **DISMISSED** with prejudice.

Dated at Detroit, Michigan:  May 15, 2023.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb_____
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg_____
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE